**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>                              Plaintiff,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF<br>DEFENSE,<br><br>                              Defendant. | Case No. 1:24-cv-08266<br><br>**COMPLAINT** |

Plaintiff THE NEW YORK TIMES COMPANY, by its undersigned attorneys, alleges:

1.      This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552
*et seq.*, for declaratory, injunctive, and other appropriate relief, including an order to produce
agency records in response to FOIA requests properly made by Plaintiff, The New York Times
Company ("The Times"), to Defendant, the United States Department of Defense ("DoD").

## PARTIES

2.      The Times publishes *The New York Times* newspaper, *The New York Times*
*Magazine*, and www.nytimes.com. The Times is headquartered in this judicial district at 620
Eighth Avenue, New York, New York, 10018.

3.      DoD is an agency of the federal government that has possession and control of the
records that Plaintiff seeks.

## JURISDICTION AND VENUE

4.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C.
§ 1331 and 5 U.S.C. § 552(a)(4)(B).

5.      Venue is proper in this district under 5 U.S.C. § 552(a)(4)(B) because Plaintiff's
place of business is in this district.

6.      FOIA requires agencies to make a determination as to FOIA requests within 20 business days. 5 U.S.C. § 552(a)(6)(A).

7.      Plaintiff is deemed to have exhausted all administrative remedies because Defendant has failed to meet the statutory deadline to respond to the FOIA requests at issue. 5 U.S.C. § 552(a)(6)(A), (C)(i).

## FACTS

8.      The Times submitted five FOIA requests to DoD's Central Command (CENTCOM) and Special Operations Command (SOCOM) seeking records related to certain U.S. operations in Afghanistan and Iraq between 2007 and 2015, including operations of DoD's Afghan partners.  These requests seek information of high interest to the public that will shed light on U.S. military actions during its wars in Iraq and Afghanistan.

### FOIA Request 1

9.      On July 11, 2023, Matthieu Aikins, on behalf of The Times, submitted a FOIA request to CENTCOM ("Request 1") seeking "a copy of the AR 15-6 investigation related to US Army Major Jim Grant, who was relieved of command while deployed in Afghanistan in 2012."

10.      Request 1 also sought a fee waiver because disclosure will contribute significantly to public understanding of the operations of U.S. military operations in Afghanistan, is for newsgathering purposes, and is not primarily in the commercial interest of the requester.

11.      On July 13, 2023, CENTCOM emailed an acknowledgment letter assigning Request 1 tracking number 23-0508 and informing The Times that CENTCOM was processing the request.

12.     As of the date of this filing, CENTCOM has not communicated further with The Times about Request 1.  CENTCOM has produced no records and provided no substantive response.

FOIA Request 2

13.     On July 31, 2023, Matthieu Aikins, on behalf of The Times, submitted a FOIA request to CENTCOM ("Request 2") seeking "unclassified reports produced by the Stability Operations Information Center – South (SOIC), part of the Civil-Military Integration Program, a US military program in Afghanistan."  It specifically identified the requested reports as (1) "IIR 7 398 1090 10 (U) Afghanistan – State of the Afghan Corrections System in Kandahar City, Kandahar Province" (released March 2010) and (2) "IIR 7 398 1088 10 (U) Afghanistan – Kandahar City Judicial System" (released March 2010).  Request 2 also sought "[a]ny other reports by SOIC about the Afghan judicial and corrections systems in Kandahar Province, Afghanistan, produced between 2011 and 2015, inclusive."

14.     Request 2 sought a fee waiver because disclosure will contribute significantly to public understanding of the operations of U.S. military operations in Afghanistan, is for newsgathering purposes, and is not primarily in the commercial interest of the requester.

15.     On August 1, 2023, CENTCOM emailed an acknowledgment letter assigning Request 2 tracking number 23-0537 and informing The Times that CENTCOM was processing the request.

16.     As of the date of this filing, CENTCOM has not since communicated with The Times about Request 2.  CENTCOM has produced no records and provided no substantive response.

FOIA Request 3

17.     On August 11, 2023, Matthieu Aikins, on behalf of The Times, submitted a FOIA

request to CENTCOM  ("Request 3") seeking copies of "[a]ny investigation or inquiry, including

AR 15-6 investigations, as well as related email correspondence, into allegations of civilian

casualties, unlawful killings, detainee abuse, or any other violations of the laws of war by US

forces or their Afghan security guards or other contracted personnel deployed to Firebase Cobra

(aka Firebase Tinsley or FOB Cobra or FOB Tinsley) or any other location in Shahid-e Hassas

District (aka Charchino District, alternate spelling Charchineh) in Uruzgan Province (alternate

spellings Urozgan or Oruzgan), Afghanistan, produced between January 1, 2002 and December

31, 2014, including: [a]n incident where several Afghan nationals were allegedly killed in 2008

or 2009 by US forces and affiliated local forces in Shahid-e Hassas District, which led to Afghan

criminal convictions against security guards employed by US forces."

18.     Request 3 sought a fee waiver because disclosure will contribute significantly to

public understanding of the operations of U.S. military operations in Afghanistan, is for

newsgathering purposes, and is not primarily in the commercial interest of the requester.

19.     One month later, on September 11, 2023, CENTCOM emailed an

acknowledgment letter assigning Request 3 tracking number 23-0549 and informing The Times

that CENTCOM was processing the request.

20.     After another month, on October 13, 2023, CENTCOM emailed The Times

seeking "a more specific timeframe within [the] request."

21.     Shortly thereafter, on October 17, 2023, The Times replied to CENTCOM's email

asking that they first prioritize producing records regarding "[a]ny investigation or inquiry,

including AR 15-6 investigations, as well as related email correspondence, relating to an incident

on or around November 2008 where US and Afghan forces allegedly killed local nationals in

Shahid-e Hassas District."

22.    As of the date of this filing, CENTCOM has not since communicated with The

Times about Request 3. CENTCOM has produced no records and provided no substantive

response.

<u>FOIA Request 4</u>

23.    On November 13, 2023, Wesley Morgan, on behalf of The Times, submitted a

FOIA request to CENTCOM ("Request 4") seeking "the investigation report from an Article 15-

6 investigation into a helicopter assault force (HAF) mission by TF 16 and the Joint Special

Operations Air Component (JSOAC) on the night of October 11-12, 2007 near the border

between Anbar and Salahuddin Provinces, Iraq, targeting Objective (OBJ) Monk, as well as the

exhibits or enclosures of the Article 15-6 investigation and email correspondence discussing the

OBJ Monk mission, civilians or insurgents killed during the mission, or the Article 15-6

investigation." Request 4 also sought "MNF-I headquarters email correspondence from October

2007 relating to the OBJ Monk mission and acknowledgment by MNF-I public affairs personnel

of civilian casualties resulting from it to international media, including the *New York Times*, on

October 12, 2007."

24.    Request 4 sought a fee waiver because disclosure is in the public interest, will

contribute significantly to public understanding of the operations of U.S. military operations

during Operation Iraqi Freedom, and is not primarily in the commercial interest of the requester.

25.    On the same day, The Times received an automated acknowledgment email

without a tracking number.

26.     Shortly thereafter, on November 27, 2023, CENTCOM emailed an interim response (dated November 17, 2023) granting a fee waiver, informing The Times that CENTCOM was processing the request, and assigning the request number 24-0038.

27.     As of the date of this filing, CENTCOM has not since communicated with The Times about Request 4. CENTCOM has produced no records and provided no substantive response.

<u>FOIA Request 5</u>

28.     On November 13, 2023, Wesley Morgan, on behalf of The Times, submitted a FOIA request to SOCOM ("Request 5") requesting "a briefing produced by TF 3-10 (or 310) during May or June 2011 comparing mission statistics of its four subordinate task forces, TF Central, TF East, TF North, and TF South, as well as email correspondence discussing this briefing."

29.     TF 3-10 was a U.S. Joint Special Operations Task Force (JSOTF) located at Bagram Airfield, Afghanistan, that carried out counterterrorism operations throughout Afghanistan.

30.     Request 5 sought a fee waiver because disclosure is in the public interest, will contribute significantly to public understanding of the operations of U.S. military operations during Operation Enduring Freedom, and is not primarily in the commercial interest of the requester.

31.     On November 17, 2023, SOCOM provided a final response letter, closing Request 5 and referring it to CENTCOM.

32.     Subsequently, on January 19, 2024, CENTCOM sent an interim response (dated January 10, 2024), assigning Request 5 tracking number 24-0043 and informing The Times that it was being processed.

33.     As of the date of this filing, CENTCOM has not since communicated with The Times about Request 5.  CENTCOM has produced no records and provided no substantive response.

## FIRST CLAIM (REQUEST 1)

34.     Plaintiff repeats, re-alleges, and incorporates the allegations in the preceding paragraphs as though fully set forth herein.

35.     Regarding Request 1, Defendant DoD is an agency subject to FOIA, and its component CENTCOM must release any disclosable records in its possession as of the date the agency processes this request and provide a lawful reason for withholding any materials for which it claims an exemption.

36.     Defendant's failure to provide a timely, substantive response to Request 1 violates FOIA, 5 U.S.C. § 552(a)(6)(A).  Accordingly, Defendant has constructively denied Request 1, and Plaintiff is deemed to have exhausted all administrative remedies.

37.     Defendant DoD and its component CENTCOM are permitted to withhold records or parts of records only if one of FOIA's enumerated exemptions apply.

38.     Defendant DoD has not established that any exemptions permit the withholding of records sought by Request 1.

39.     Plaintiff is entitled to an order compelling DoD to produce records responsive to Request 1.

## SECOND CLAIM (REQUEST 2)

40.    Plaintiff repeats, re-alleges, and incorporates the allegations in the preceding paragraphs as though fully set forth herein.

41.    Regarding Request 2, Defendant DoD is an agency subject to FOIA, and its component CENTCOM must release any disclosable records in its possession as of the date the agency processes this request and provide a lawful reason for withholding any other materials for which it claims an exemption.

42.    Defendant's failure to provide a timely, substantive response to Request 2 violates FOIA, 5 U.S.C. § 552(a)(6)(A). Accordingly, Plaintiff is deemed to have exhausted all administrative remedies.

43.    Defendant DoD and its component CENTCOM are permitted to withhold records or parts of records only if one of FOIA's enumerated exemptions apply.

44.    Defendant DoD has not established that any exemptions permit the withholding of records sought by Request 2.

45.    Plaintiff is entitled to an order compelling DoD to produce records responsive to Request 2.

## THIRD CLAIM (REQUEST 3)

46.    Plaintiff repeats, re-alleges, and incorporates the allegations in the preceding paragraphs as though fully set forth herein.

47.    Regarding Request 3, Defendant DoD is an agency subject to FOIA, and its component CENTCOM must release any disclosable records in its possession as of the date the agency processes this request and provide a lawful reason for withholding any other materials for which it claims an exemption.

8

48.     Defendant's failure to provide a timely, substantive response to Request 3 violates FOIA, 5 U.S.C. § 552(a)(6)(A). Accordingly, Plaintiff is deemed to have exhausted all administrative remedies.

49.     Defendant DoD and its component CENTCOM are permitted to withhold records or parts of records only if one of FOIA's enumerated exemptions apply.

50.     Defendant DoD has not established that any exemptions permit the withholding of records sought by Request 3.

51.     Plaintiff is entitled to an order compelling DoD to produce records responsive to Request 3.

## FOURTH CLAIM (REQUEST 4)

52.     Plaintiff repeats, re-alleges, and incorporates the allegations in the preceding paragraphs as though fully set forth herein.

53.     Regarding Request 4, Defendant DoD is an agency subject to FOIA, and its component CENTCOM must release any disclosable records in its possession as of the date the agency processes this request and provide a lawful reason for withholding any other materials for which it claims an exemption.

54.     Defendant's failure to provide a timely, substantive response to Request 4 violates FOIA, 5 U.S.C. § 552(a)(6)(A). Accordingly, Plaintiff is deemed to have exhausted all administrative remedies.

55.     Defendant DoD, and its component CENTCOM, are permitted to withhold records or parts of records only if one of FOIA's enumerated exemptions apply.

56.     Defendant DoD has not established that any exemptions permit the withholding of records sought by Request 4.

57.    Plaintiff is entitled to an order compelling DoD to produce records responsive to Request 4.

### FIFTH CLAIM (REQUEST 5)

58.    Plaintiff repeats, re-alleges, and incorporates the allegations in the preceding paragraphs as though fully set forth herein.

59.    Regarding Request 5, Defendant DoD is an agency subject to FOIA, and its component CENTCOM must release any disclosable records in its possession as of the date the agency processes this request and provide a lawful reason for withholding any other materials for which it claims an exemption.

60.    Defendant's failure to provide a timely, substantive response to Request 5 violates FOIA, 5 U.S.C. § 552(a)(6)(A). Accordingly, Plaintiff is deemed to have exhausted all administrative remedies.

61.    Defendant DoD and its component CENTCOM are permitted to withhold records or parts of records only if one of FOIA's enumerated exemptions apply.

62.    Defendant DoD has not established that any exemptions permit the withholding of records sought by Request 5.

63.    Plaintiff is entitled to an order compelling DoD to produce records responsive to Request 5.

### RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court:

A.    Declare that the records sought in Plaintiff's five FOIA requests are public under 5 U.S.C. § 552 and must be disclosed;

B.      Order Defendant immediately to conduct a thorough search for all records responsive to Plaintiff's five FOIA requests and to provide the records to Plaintiff within 20 business days of this Court's order;

C.      Enjoin Defendant from charging Plaintiff search, review, or duplication fees for processing its requests;

D.      Award Plaintiff the costs of this proceeding, including reasonable attorneys' fees, as expressly permitted by FOIA; and

E.      Grant such other and further relief as the Court deems just and proper.

Dated: October 30, 2024

Respectfully submitted,
MEDIA FREEDOM AND INFORMATION
ACCESS CLINIC

/s/ *Tobin Raju*
Tobin Raju
David A. Schulz
Media Freedom & Information
 Access Clinic
Yale Law School
127 Wall Street
New Haven, CT 06511
(203) 436-5836
tobin.raju@ylsclinics.org
schulzd@ballardspahr.com

David McCraw
Al-Amyn Sumar
The New York Times Company
620 8th Avenue
New York, NY 10018
Telephone: (212) 556-4031
Facsimile: (212) 556-4634
mccraw@nytimes.com
al-amyn.sumar@nytimes.com

*Counsel for Plaintiff*