UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>                    Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE,<br><br>                    Defendant. | Case No. 1: 24-cv-8266 |

## **STATEMENT PURSUANT TO FRCP RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff The New York Times Company, a publicly traded company, certifies that it has no parent company and that no publicly held corporation owns 10% or more of its stock.

Dated: October 30, 2024

                                        Respectfully submitted,

                                        */s/ Tobin Raju*
                                        Tobin Raju
                                        Media Freedom and Information Access Clinic
                                        Yale Law School
                                        127 Wall Street
                                        New Haven, CT 06511
                                        (203) 436-5836
                                        tobin.raju@ylsclinics.org

                                        David McCraw
                                        Al-Amyn Sumar
                                        The New York Times Company
                                        620 8th Avenue
                                        New York, NY 10018
                                        Telephone: (212) 556-4031
                                        Facsimile: (212) 556-4634
                                        mccraw@nytimes.com
                                        al-amyn.sumar@nytimes.com

                                        *Counsel for Plaintiff*