USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE NEW YORK TIMES COMPANY,

                Plaintiff,

-against-

UNITED STATES DEPARTMENT OF DEFENSE,

                Defendant.

24-CV-08266 (MMG)

**ORDER**

---

MARGARET M. GARNETT, United States District Judge:

    This case arises under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Because FOIA actions ordinarily do not involve discovery and are resolved on cross-motions for summary judgment, the Court will not schedule an initial pretrial conference unless a party requests such a conference and sets forth the reasons for the conference.

    Accordingly, the parties are directed to confer and, **within two weeks** of the filing of Defendant's answer, to file a joint status letter with a proposed schedule for the filing of motions for summary judgment, or, if both parties are not in agreement as to the suitability of the case for prompt summary judgment briefing, a joint status letter that informs the Court as to the parties' positions regarding next steps in this case.

    Counsel for Plaintiff is ordered to promptly serve a copy of this Order on the United States Attorney for this District at 86 Chambers Street, New York, NY 10007, and to file proof of such service on the docket.

Dated:  October 31, 2024
         New York, New York

                                          SO ORDERED.

                                          MARGARET M. GARNETT
                                          United States District Judge