

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

April 14, 2025

**VIA ECF**
Hon. Margaret M. Garnett
United States District Judge
United States District Court
40 Foley Square
New York, NY 10007

      Re: *The New York Times Co. v. U.S. Dep't of Defense*, 24 Civ. 8266 (MMG)

Dear Judge Garnett:

      This Office represents the defendant, the United States Department of Defense, in this Freedom of Information Act (FOIA) action. I write jointly with counsel for plaintiff to provide a status update, as directed by the Court's March 14 order, ECF No. 19.

      As noted in our previous letters, plaintiff's complaint covers five separate FOIA requests made during 2023, which broadly relate to certain U.S. government operations in Afghanistan and Iraq from 2007 to 2015. *See* Complaint ¶¶ 8, 9, 13, 17, 23, 28. The government has completed initial searches for four of the requests, and is still completing its initial search for one request. Since the last status report, the parties have continued to discuss certain specific questions about the government's searches for records and the timing of production for responsive records that have been located. The parties have exchanged written questions and answers, and also had a detailed phone conversation earlier this month. Plaintiff is now preparing a further response based on the information the government has provided.

      The parties continue to work together in good faith to seek to resolve issues without motion practice, and no party currently wishes to raise any disputes with the Court. Therefore, we respectfully propose that the parties file a further joint status report in approximately one month, or by May 13, 2025.

2

We thank the Court for its attention to this matter.

                                        Respectfully submitted,

                                        MATTHEW PODOLSKY
                                        Acting United States Attorney

By:    */s/ Brandon M. Waterman*
        PETER ARONOFF
        BRANDON M. WATERMAN[1]
        Assistant United States Attorneys
        Tel: (212) 637-2697/2743
        Email: peter.aronoff@usdoj.gov
                  brandon.waterman@usdoj.gov

---

[1] The Assistant U.S. Attorney (AUSA) assigned to this matter had a technological issue this evening, so another AUSA is filing this status report.