

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 22, 2025

**VIA ECF**
Hon. Margaret M. Garnett
United States District Judge
United States District Court
40 Foley Square
New York, NY 10007

      Re: *The New York Times Co. v. U.S. Dep't of Defense*, 24 Civ. 8266 (MMG)

Dear Judge Garnett:

      This Office represents the defendant, the United States Department of Defense (DOD), in this Freedom of Information Act (FOIA) action. I write jointly with counsel for plaintiff to provide a status update, as directed by the Court's July 15, 2025, order, ECF No. 28.

      As noted in our previous letters, plaintiff's complaint covers five separate FOIA requests made during 2023, which broadly relate to certain U.S. government operations in Afghanistan and Iraq from 2007 to 2015. *See* Complaint ¶¶ 8, 9, 13, 17, 23, 28. The government has completed initial searches for Requests 1, 2, 4, and 5, and the parties have reached an agreement on search terms to be used for Request 3. The government is working to determine the number of potentially responsive pages in the records identified through that search and will propose a schedule for the processing of the records as soon as possible.

      The government is continuing to process records in response to three of the other FOIA requests.[1] The government expects to complete processing the records potentially responsive to Request 5 within the next 60 days and is working to provide plaintiff with a proposed timeline for completing the processing of records in response to Requests 2 and 4, which requires consultation with various DOD components.

      The parties continue to work together in good faith to seek to resolve issues without motion practice, and no party currently wishes to raise any disputes with the Court. Therefore, we respectfully propose that the parties file a further joint status report by September 26, 2025.

---

[1] The government did not identify any records responsive to Request 1.

We thank the Court for its attention to this matter.

                                                Respectfully submitted,

                                                JAY CLAYTON
                                                United States Attorney

                      By:    */s/ Christine S. Poscablo*
                            CHRISTINE S. POSCABLO
                            Assistant United States Attorney
                            Tel: (212) 637-2674
                            Email: christine.poscablo@usdoj.gov