

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 8, 2025

**VIA ECF**
Hon. Margaret M. Garnett
United States District Judge
United States District Court
40 Foley Square
New York, NY 10007

        Re: *The New York Times Co. v. U.S. Dep't of Defense*, 24 Civ. 8266 (MMG)

Dear Judge Garnett:

        This Office represents the defendant, the United States Department of Defense (DOD), in this Freedom of Information Act (FOIA) action. I write jointly with counsel for plaintiff to provide a status update, as directed by the Court's October 2, 2025, order, ECF No. 32.[1]

        As noted in our previous letters, plaintiff's complaint covers five separate FOIA requests made during 2023, which broadly relate to certain U.S. government operations in Afghanistan and Iraq from 2007 to 2015. *See* Complaint ¶¶ 8, 9, 13, 17, 23, 28. The government has completed processing records potentially responsive to Requests 3, 4, and 5. For Requests 4 and 5, the government completed its production of responsive, non-exempt documents on or about October 14, 2025. Plaintiff is currently reviewing the productions and the parties will meet and confer if plaintiff has any questions or concerns. For Request 3, after reviewing documents located based on search terms to which the parties agreed, DOD identified no responsive documents. As to Request 2, the government expects to complete processing the potentially responsive records, which requires consultation with various DOD components, within two weeks.[2]

        The parties continue to work together in good faith to seek to resolve issues without motion practice, and no party currently wishes to raise any disputes with the Court. Therefore, we respectfully propose that the parties file a further joint status report by January 8, 2026.

---

[1] This status report was originally due by October 24, 2025, but due to the recent Government shutdown and the stay provided for in Amended Standing Order Ml0-468, the due date was extended to December 8, 2025.

[2] The government did not identify any records responsive to Request 1.

2

We thank the Court for its attention to this matter.

                                                    Respectfully submitted,

                                                    JAY CLAYTON
                                                    United States Attorney

                    By:     */s/ Christine S. Poscablo*
                             CHRISTINE S. POSCABLO
                             Assistant United States Attorney
                             Tel: (212) 637-2674
                             Email: christine.poscablo@usdoj.gov