

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 6, 2026

**VIA ECF**
Hon. Margaret M. Garnett
United States District Judge
United States District Court
40 Foley Square
New York, NY 10007

      Re: *The New York Times Co. v. U.S. Dep't of Defense*, 24 Civ. 8266 (MMG)

Dear Judge Garnett:

      This Office represents the defendant, the United States Department of Defense (DOD), in this Freedom of Information Act (FOIA) action. I write jointly with counsel for plaintiff to provide a status update.

      As noted in our previous letters, plaintiff's complaint covers five separate FOIA requests made during 2023, which broadly relate to certain U.S. government operations in Afghanistan and Iraq from 2007 to 2015. *See* Complaint ¶¶ 8, 9, 13, 17, 23, 28. As to Request 2, DOD produced responsive and non-exempt documents on January 30, 2026.[1] For Request 3, after reviewing documents located based on search terms to which the parties agreed, DOD identified no responsive documents. For Requests 4 and 5, the government completed its production of responsive, non-exempt documents on or about October 14, 2025. Plaintiff reviewed the productions and has requested a *Vaughn* index for the withholdings in the documents. DOD is working to produce a draft *Vaughn* index by the end of March 2026.

      The parties continue to work together in good faith to seek to resolve issues without motion practice, and no party currently wishes to raise any disputes with the Court. Therefore, we respectfully propose that the parties file a further joint status report by March 6, 2026.

---

[1] The government did not identify any records responsive to Request 1.

We thank the Court for its attention to this matter.

GRANTED.  In light of the schedule for producing the *Vaughn* index, the parties are directed to file a joint status letter by **April 6, 2026.**

SO ORDERED.  Dated February 12, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    */s/ Christine S. Poscablo*
CHRISTINE S. POSCABLO
Assistant United States Attorney
Tel: (212) 637-2674
Email: christine.poscablo@usdoj.gov