

**MFIA** MEDIA FREEDOM & INFORMATION ACCESS CLINIC

ABRAMS INSTITUTE FOR FREEDOM OF EXPRESSION

## Yale Law School

April 6, 2026

**VIA ECF**
Hon. Margaret M. Garnett
United States District Judge
United States District Court
40 Foley Square
New York, NY 10007

    Re: *The New York Times Co. v. U.S. Dep't of Defense*, 24 Civ. 8266 (MMG)

Dear Judge Garnett:

    We represent the plaintiffs in this Freedom of Information Act (FOIA) action. I write jointly with counsel for the defendant plaintiff to provide a status update.

    As noted in previous letters, plaintiff's complaint covers five separate FOIA requests made during 2023, which broadly relate to certain U.S. government operations in Afghanistan and Iraq from 2007 to 2015. *See* Complaint ¶¶ 8, 9, 13, 17, 23, 28. The government did not identify any records responsive to Request 1. DOD produced responsive and non-exempt documents for Request 2, on January 30, 2026. After reviewing documents identified by search terms to which the parties agreed, DOD identified no responsive documents for Request 3. For Requests 4 and 5, the government completed its production of responsive, non-exempt documents on or about October 14, 2025 and produced a Vaughn index for the withholdings in March 2026.

    The parties continue to work together in good faith to seek to resolve remaining issues without motion practice, and no party currently wishes to raise any disputes with the Court. Therefore, we respectfully propose that the parties file a further joint status report by May 6, 2026.

    We thank the Court for its attention to this matter.

Respectfully submitted,

  /s/ *David Schulz*

David A. Schulz

> GRANTED. The parties are directed to file a further joint status letter by **May 6, 2026**.
>
> SO ORDERED. Dated April 8, 2026.
>
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE

P.O. BOX 208215, NEW HAVEN, CONNECTICUT 06520-8215 • FACSIMILE 203 432-3034
COURIER ADDRESS 127 WALL STREET, NEW HAVEN, CT 06511